LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 15-02714-BRO (CWx) | Date | November 12, 2015 |
|---|---|---|---|
| Title | MICHAEL MCMAHON V. COUNTY OF SANTA BARBARA ET AL | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant County of Santa Barbara, Santa Barbara County Sheriff, City of Carpinteria, and Dave Durflinger's (collectively, "Defendants") Motion to Dismiss Plaintiff Michael McMahon's Third Amended Complaint. (Dkt. No. 37.) Defendants filed their Motion to Dismiss on November 2, 2015, noticing a hearing date of November 30, 2015. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition, if any, was due no later than November 9, 2015. To date, Plaintiff has filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion to Dismiss. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the Motion to Dismiss, if any, shall be filed by no later than Monday, November 23, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's Motion.

**IT IS SO ORDERED.**                                                                                          :

                                                            Initials of Preparer          rf